ORIGINAL

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    Email: Robert.Conte@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

United States of America,

    Petitioner,

vs.

Neville Isaacson and Marilyn Isaacson,

    Respondents.

Case No. CV13- 5023 MWF (MRWx)

[Proposed] Order to Show Cause

Based upon the Petition to Enforce Internal Revenue Service Summonses, Memorandum of Points and Authorities, and supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summonses. See <u>United States v. Powell</u>, 379 U.S. 48, 57-58, 85 S.Ct. 248, 255, 13 L.Ed.2d 112, 119 (1964).

**IT IS ORDERED** that Respondents appear before this District Court of the United States for the Central District of California, at the following date, time, and address, to show cause why the testimony and production of books, papers,

LODGED
CLERK, U.S. DISTRICT COURT
JUL 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

1  records, and other data demanded in the subject IRS summonses should not be
2  compelled:
3  Date:            Monday, August 26, 2013
4  Time:             11:30 a.m.
5  Courtroom:
6  Address:         ☒ United States Courthouse
7                   312 North Spring Street, Los Angeles, California, 90012
8                   ☐ Roybal Federal Building and United States Courthouse
9                   255 E. Temple Street, Los Angeles, California, 90012
10                  ☐ Ronald Reagan Federal Building and United States Courthouse
11                  411 West Fourth Street, Santa Ana, California, 92701
12                  ☐ Brown Federal Building and United States Courthouse
13                  3470 Twelfth Street, Riverside, California, 92501
14
15       **IT IS FURTHER ORDERED** that copies of the following documents be served
16  on Respondents (a) by personal delivery, (b) by leaving a copy at Respondents'
17  dwelling or usual place of abode with someone of suitable age and discretion who
18  resides there, or (c) by certified mail:
19     1. This Order; and
20     2. The Petition, Memorandum of Points and Authorities, and accompanying
21        Declaration.
22  Service may be made by any employee of the IRS or the United States Attorney's
23  Office.
24       **IT IS FURTHER ORDERED** that within ten (10) days after service upon
25  Respondents of the herein described documents, Respondents shall file and serve
26  a written response, supported by appropriate sworn statements, as well as any
27  desired motions.  If, prior to the return date of this Order, Respondents file a
28  response with the Court stating that Respondents do not oppose the relief sought

in the Petition, nor wish to make an appearance, then the appearance of Respondents at any hearing pursuant to this Order to Show Cause is excused, and Respondents shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: July 15, 2013

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
     /S/ RC
ROBERT F. CONTE
Assistant United States Attorney
Attorneys for United States of America

3